# ALABAMA COURT OF CRIMINAL APPEALS



June 6, 2025

**CR-2024-0150**
Eddie Bernard Person v. State of Alabama (Appeal from Bullock Circuit Court: CC-93-38.67)

## NOTICE

You are hereby notified that on June 6, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk